Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff
Louise McMullen

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE MCMULLEN,<br><br>Plaintiff,<br><br>v.<br><br>LAW OFFICE OF HARRIS & ZIDE,<br><br>Defendant. | Case No.: 08 CV 0826 IEG BLM<br><br>**PROOF OF SERVICE** |

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Louise McMullen,

vs

Law Office of Harris & Zide,

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 0826 IEG BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joshua B. Swigart
Hyde & Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — CLERK

MAY 07 2008 — DATE

K. HAMMERLY

By , Deputy Clerk

JOSHUA B. SWIGART, ESQ.(SBN 225557)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770
Attorney for : PLAINTIFF

Ref. No. : 1104270-01
Atty. File No. : 08CV0826IEGBLM

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : LOUISE McMULLEN
DEFENDANT : LAW OFFICE OF HARRIS & ZIDE

Case No.: 08CV0826 IEG BLM
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served : LAW OFFICE OF HARRIS & ZIDE
   b. Person served : FLINT ZIDE, AUTHORIZED AGENT
   (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served 1445 HUNTINGTON DR. SUITE 300
   SOUTH PASADENA, CA 91030 (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on May 19, 2008 (2) at: 11:10 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: LAW OFFICE OF HARRIS & ZIDE
   under [xx] CCP 415.95 (business org., form unknown)

7. **Person who served papers**
   a. JOSE SALAS
   b. KNOX ATTORNEY SERVICE, INC.
   2250 Fourth Avenue
   San Diego, California 92101
   c. 619-233-9700
   d. Fee for service: $38.75
   e. I am:
   (3) a registered California process server
   (i) an independent contractor
   (ii) Registration No.: 152
   (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 22, 2008

Signature: ____________________
JOSE SALAS