1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| LOUISE MCMULLEN, | CASE NO. 08-CV-826-IEG (BLM) |
|---|---|
| Plaintiff, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| vs. | |
| LAW OFFICE OF HARRIS & ZIDE, | |
| Defendant. | |

Based upon Plaintiff's Motion for Dismissal, and good cause appearing, this Court hereby orders the entire action to be dismissed WITHOUT prejudice.

**IT IS SO ORDERED.**

**DATED: March 17, 2009**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

- 1 -                                                                                           08cv826